44 P.3d 294

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 14, 2002**

23473 State v. Long Affirmed

**April 4, 2002**

23562 State v. Greene . Affirmed